The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| THE SECOND AMENDMENT FOUNDATION; THE CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; LIBERTY PARK PRESS; MERRIL MAIL MARKETING; CENTER FOR THE DEFENSE OF FREE ENTERPRISE; SERVICE BUREAU ASSOCIATION; ALAN GOTTLIEB,<br><br>           Plaintiffs,<br><br>     v.<br><br>ROBERT FERGUSON, individually and in his official capacity as Washington Attorney General; JOSHUA STRUDOR, individually and in his official capacity as Washington Assistant Attorney General, Consumer Protection Division; THE ATTORNEY GENERAL'S OFFICE FOR THE STATE OF WASHINGTON; and JOHN DOES 1-10,<br><br>           Defendant. | No. 2:23-cv-00647-MJP<br><br>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Defendants attempt to sidestep responsibility for their unconstitutional actions through collateral attacks on federal jurisdiction. Although these arguments are meritless, Mr. Gottlieb, The Second Amendment Foundation, and the other Plaintiffs believe litigating these ancillary

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE – Page 1
No. 2:23-cv-00647-MJP

**CORR CRONIN LLP**
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

matters is a distraction from the merits of the underlying case and a waste of time and resources. Accordingly, Plaintiffs hereby provide notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) so that their claims may be refiled in state court. Under Fed. R. Civ. P. 41(a)(1)(B), this dismissal is without prejudice.

DATED: July 10, 2023

CORR CRONIN LLP

*s/ Jack M. Lovejoy*
Steven W. Fogg, WSBA No. 23528
Jack M. Lovejoy, WSBA No. 36962
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
(206) 625-8600 Phone
(206) 625-0900 Fax
sfogg@corrcronin.com
jlovejoy@corrcronin.com

*Attorneys for Plaintiffs*

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE – Page 2
No. 2:23-cv-00647-MJP

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900